**COMPTON, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 9, 1937.)

R. C. TARTAR for movant.

HUBERT MEREDITH, Attorney General, and W. OWEN KELLER, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied.

Judgment affirmed.

**SMITH'S ADMINISTRATOR, Movant, v. VANHOOK, Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 9, 1937.)

KENNEDY & KENNEDY for movant.

B. J. BETHURUM, opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.